UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DUSTIN WARNOCK                                                                                    PLAINTIFF

v.                                   No. 4:22-cv-869-LPR

CAPITAL CITY TRAFFIC CONTROL, LLC,
and JAY MUNIZ                                                                                     DEFENDANTS

## JOINT STATUS REPORT

Plaintiffs and Defendants, by and through their undersigned attorneys, and for their Joint Status Report pursuant to the Court's Final Scheduling Order (*doc. 21*), state as follows:

1. Dates and Results of any Settlement Conference: None.

2. Settlement Prospects: The parties are currently engaged in settlement negotiations and are optimistic that the matter can be resolved without a trial.

3. Estimate of the Length of Trial: 1-2 days.

1

Respectfully submitted,

Josh Sanford, AR Bar No. 2001181
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Tele:   (800) 615-4946
Fax:    (888) 787-2040
Email: josh@sanfordlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

Brett W. Taylor, AR Bar No. 2014175
CROSS, GUNTER, WITHERSPOON
& GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Tele:   (501) 371-9999
Fax:    (501) 371-0035
Email: btaylor@cgwg.com

**ATTORNEYS FOR DEFENDANTS**