IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTIN WARNOCK**                                                                       **PLAINTIFF**

vs.                           No. 4:22-cv-869-LPR

**CAPITAL CITY TRAFFIC**                                 **DEFENDANTS**
**CONTROL, LLC, and JAY MUNIZ**

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims in this lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days of the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFF DUSTIN WARNOCK**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    CAPITAL CITY TRAFFIC CONTROL, LLC, and JAY MUNIZ, DEFENDANTS**

CROSS, GUNTER, WITHERSPOON, & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Facsimile: (501) 371-0035
btaylor@cgwg.com

*/s/ Brett W. Taylor*
Brett W. Taylor
Ark. Bar No. 2014175