IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTIN WARNOCK**  **PLAINTIFF**

vs.  No. 4:22-cv-869-LPR

**CAPITAL CITY TRAFFIC**  **DEFENDANTS**
**CONTROL, LLC, and JAY MUNIZ**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dustin Warnock and Defendants Capital City Traffic Control, LLC, and Jay Muniz, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the overtime and anti-relation provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and violations of the overtime provisions of the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA")*.*

2. After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

Page 1 of 2
**Dustin Warnock v. Capital City Traffic Control, LLC, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-869-LPR**
**Joint Stipulation of Dismissal with Prejudice**

Respectfully submitted,

**PLAINTIFF DUSTIN WARNOCK**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **CAPITAL CITY TRAFFIC CONTROL, LLC, and JAY MUNIZ, DEFENDANTS**

CROSS, GUNTER, WITHERSPOON, & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Facsimile: (501) 371-0035
btaylor@cgwg.com

*/s/ Brett W. Taylor*
Brett W. Taylor
Ark. Bar No. 2014175

Page 2 of 2
**Dustin Warnock v. Capital City Traffic Control, LLC, et al.**
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-869-LPR
Joint Stipulation of Dismissal with Prejudice